UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| LOUIS DAVIS | * | CIVIL ACTION |
| | * | |
| VS. | * | NO.: |
| | * | |
| NEXEN PETROLEUM USA, | * | |
| KEVIN GROS CONSULTING & | * | SECTION " " |
| MARINE SERVICES, INC., AND | * | |
| EMILY GROS OFFSHORE, LLC | * | MAG: |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * *

**COMPLAINT**

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Louis Davis, a person

of the full age and majority, and a resident of Broussard, Louisiana.

**I.**

This action is brought pursuant to the General Maritime Law and § 905(b) of the Longshore

& Harbor Workers Compensation Act.

**II.**

Made defendants herein are:

a.      Nexen Petroleum USA, Inc. a Foreign Corporation authorized to do and doing

business in the State of Louisiana, and who are liable unto plaintiff for the claims of

the nature asserted herein.

b.      Kevin Gros Consulting & Marine Services, Inc., a domestic corporation located and

doing business in the State of Louisiana, and who are liable unto plaintiff for the

claims of the nature asserted herein; and

c.      Emily Gros Offshore, LLC, a domestic corporation located and doing business in the

State of Louisiana, and who are liable unto plaintiff for the claims of the nature

asserted herein.

### III.

On or about September 24, 2011, plaintiff, Louis Davis was employed as a catering hand by
Taylor International Services, Inc.

### IV.

On or about September 24, 2011, plaintiff was assigned to the jack-up Nexen 321 located in
the Gulf of Mexico off the Louisiana Coast.

### V.

On or about September 24, 2011, the Nexen 321 was owned, operated and/or controlled by
defendant Nexen Petroleum USA (hereinafter "Nexen").

### VI.

On or about September 24, 2011, plaintiff was a passenger aboard the M/V EMILY G, a
vessel owned, operated and/or controlled by defendant Kevin Gros Consulting and Marine Services,
Inc. And/or Emily Gros Offshore, LLC.

**VII.**

On or about September 24, 2011, at the Nexen 321, plaintiff was transferred by personnel basket from the M/V Emily G to the Nexen 321.  After exiting the personnel basket on the Nexen 321, plaintiff slipped and fell down a flight of steps on the jack up.

**VIII.**

As a result of the fall on the Nexen 321 on or about September 24, 2011, plaintiff sustained serious, permanent and disabling injuries to his body, including but not limited to his cervical and lumbar spine.

**IX.**

Plaintiff's accident occurred as a result of the negligence of Nexen in the following non-exclusive particulars:

    1.      Failing to keep and maintain the stairway in a reasonably safe condition;

    2.      Failing to keep the stairway free of slippery, foreign substances;

    3.      Failing to keep and maintain an adequate non-skid surface on the stairway;

    4.      Failing to keep the personnel basket free of slippery, foreign substances;

    5.      Failing to keep the rig's deck free of slippery foreign substances; and

    6.      Other acts of negligence that will be shown at the trial of this matter.

**X.**

The accident occurred as a result of the negligence of Kevin Gros Consulting & Marine Services, Inc. And/or Emily Gros Offshore, LLC in the following, non-exclusive particulars:

    1.      Failing to keep the deck of the M/V EMILY G in a reasonably safe, condition;

    2.      Failing to keep the deck free of slippery, foreign substances;

3.     Failing to keep the personnel basket free of slippery, foreign substances; and

4.     Other acts of negligence that will be shown at the trial of this matter.

WHEREFORE, for the above and foregoing reasons, plaintiff Louis Davis, request that the defendants, Nexen Petroleum USA, Kevin Gros Consulting & Marine Services, Inc. And Emily Gros Offshore LLC be served with a copy of this Complaint and that after all legal proceedings and due delays are had, there be judgment in favor of the Plaintiff, Louis Davis, and against the defendants, Nexen Petroleum USA, Kevin Gros Consulting & Marine Services, Inc. And Emily Gros Offshore LLC, for damages in the sum of ONE MILLION, TWO HUNDRED FIFTY THOUSAND AND NO/100 ($1,250,000.00), plus interest from the date of the accident until paid, all costs of these proceedings, and for all other general, equitable maritime relief.

Respectfully submitted,

UNGAR & BYRNE, APLC

/s/ George W. Byrne, Jr.
GEORGE W. BYRNE, JR. (#3744)
EVETTE E. UNGAR (#29013)
CHERYL L. WILD (#28805)
650 Poydras St., Suite 2005
New Orleans, LA 70130
Telephone No.: (504) 566-1616
Facsimile No.: (504) 566-1652
E-Mail: leslie@ungarlawyers.com
Counsel for Plaintiff, *Louis Davis*

**PLEASE SERVE:**

NEXEN PETROLEUM USA, INC.
Through their Agent for Service of Process
CORPORATION SERVICE COMPANY
320 Somerulos St.
Baton Rouge, LA 70802

KEVIN GROS CONSULTING & MARINE SERVICES, INC.
Through their Agent for Service of Process
KEVIN GROS
13080 West Main
LaRose, LA 70373

EMILY GROS OFFSHORE, LLC
Through Their Agent For Service of Process
KEVIN GROS
13080 West Main St.
LaRose, LA 70373