MINUTE ENTRY
ZAINEY, J.
FEBRUARY 27, 2013

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LOUIS DAVIS | CIVIL ACTION |
| VERSUS | NO: 12-1053 |
| NEXEN PETROLEUM USA, INC., et al | SECTION: "A" |

     Before the Court is Defendants' **Joint Motion to Dismiss Case (Record Document #30).** Oral argument was set this date with all parties having been ordered to appear. Present were D. Russell Holwadel for Nexen Petroleum, John Garner for Kevin Gros Consulting & Marine Services and Emily Gros Offshore, and George Byrne for Ungar & Byrne, APLC. The plaintiff, in proper person, did not appear although previously notified (exhibit #1). The Court was informed by Mr. Holwadel that Intervenor Nicholas Blanda did not oppose the Motion to Dismiss and that Mr. Blanda waived his appearance at oral argument (exhibit #2). The court reporter was Vic DiGiorgio.

     No opposition being filed, **IT IS ORDERED** that the complaint in this matter is **DISMISSED WITH PREJUDICE**.

     New Orleans, Louisiana, this 27th day of February 2013.

                                             JAY C. ZAINEY
                                     UNITED STATES DISTRICT JUDGE

JS-10: 0:06