UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LOUIS DAVIS | CIVIL ACTION |
| VERSUS | NO. 12-1053 |
| NEXEN PETROLEUM USA, INC. ET AL. | SECTION "A" (2) |

### **ORDER**

The captioned case was dismissed by order issued by the presiding district judge on February 27, 2013. Record Doc. No. 35. Accordingly, the settlement conference previously set in this matter before Magistrate Judge Joseph C. Wilkinson, Jr. on March 7, 2013, is hereby CANCELLED.

New Orleans, Louisiana, this ___28th___ day of February, 2013.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE